**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00415-CV

### IN RE CURTIS LEE SHEPPARD, JR., Relator

**On Appeal from the 78th District Court**
**Wichita County, Texas**
**Trial Court Cause No. 48,429-B**

## ORDER

Based on the Court's opinion of today's date, we **DISMISS** relator's petition for writ of

habeas corpus.  We **ORDER** that relator bear the costs of this original proceeding.

/s/    MICHAEL J. O'NEILL
        JUSTICE